# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BRENADETTE TURNER,

    Plaintiff,

v.

WESTERN LAND SERVICES, INC.,

    Defendant.

Case No. 1:20-cv-00406-PLM-RSK

Hon. Paul L. Maloney

## **ORDER**

The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice and the settlement agreement in this case. The Court finds that the settlement agreement is fair and reasonable in light of all of the relevant circumstances described in the Joint Motion.

IT IS THEREFORE ORDERED that the settlement agreement is approved and this case is dismissed with prejudice.

Date: _____, 2020

    _____
    Honorable Paul L. Maloney
    United States District Court Judge