UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENADETTE TURNER,                              )
                              Plaintiff,         )
                                                 )        No. 1:20-cv-406
-v-                                              )
                                                 )        Honorable Paul L. Maloney
WESTERN LAND SERVICES, INC.,                     )
                              Defendant.          )
                                                 )

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT

This lawsuit was filed under the Fair Labor Standards Act (FLSA). Plaintiff alleges that she is owed overtime compensation; Defendant denies that she is due any overtime compensation, and notes that she was always paid as an independent contractor so the FLSA does not apply to her claims.

Pending before the Court is a joint motion to approve the parties' settlement agreement (ECF No. 16). The Court has some concerns about the amount of attorney fees and costs in relation to the total settlement amount, but recognizes that once the filing fee and service costs are accounted for, the award of attorney fees does not exceed 33-1/3% of the total settlement amount. Additionally, negotiated settlement agreements in FLSA cases must be reviewed by the district court to ensure the agreement is fair and reasonable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). However, given the parties' agreement to pay the settlement to Plaintiff via 1099 (confirming her status as an independent contractor), the Court will treat the settlement as settlement of a non-FLSA claim. Thus, the Court need not conduct any further review of the settlement.

Accordingly, the joint motion for approval of the settlement agreement (ECF No. 16) is

**GRANTED.**

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Date:  October 7, 2020                                                   /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                      United States District Judge